PJS:WAB:caz

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:CR-11- 198 |
| ) | (Judge Rambo) |
| v. ) | |
| ) | |
| GARY STACKFIELD, ) | |
| KEVIN PEARSON, ) | FILED |
| JUSTIN THOMPSON, ) | HARRISBURG |
| AUNYE STACKFIELD, ) | |
| DEMARAO GUMBY, ) | JUN 8 - 2011 |
| WALTER JAMES FICKES, ) | |
| JOHN MOWERY, ) | MARY E. D'ANDREA, CLERK |
| ROY SINGER, ) | Per_____ |
| ROBERT WESLEY GREEN, ) | DEPUTY CLERK |
| BERNADETTE GREEN, ) | |
| ARNOLD ASHWELL, ) | |
| KOREY WOOTEN, ) | |
| HEATHER MIDDLETON, ) | |
| JOHN ZAENGLE, ) | |
| NICK VRATARIC, ) | |
| CHARLES GREEN, ) | |
| JOSEPH MOWERY, ) | |
| DANIEL HOCKER ) | |
| STARLENE MIDDLETON, AND ) | |
| MICHAEL KONETSCO ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT I

From on or about the beginning of May, 2010 up to and including June 8, 2011, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants,

                    GARY STACKFIELD,
                    KEVIN PEARSON,
                    JUSTIN THOMPSON,
                    AUNYE STACKFIELD,
                    DEMARAO GUMBY,
                    WALTER JAMES FICKES,
                    JOHN MOWERY,
                    ROY SINGER,
                    ROBERT WESLEY GREEN,
                    BERNADETTE GREEN,
                    ARNOLD ASHWELL,
                    KOREY WOOTEN,
                    HEATHER MIDDLETON,
                    JOHN ZAENGLE,
                    NICK VRATARIC,
                    CHARLES GREEN,
                    JOSEPH MOWERY,
                    DANIEL HOCKER,
                STARLENE MIDDLETON, and
                    MICHAEL KONETSCO,

did intentionally and knowingly unlawfully manufacture, distribute and possess with the intent to manufacture and distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride (HCL), a Schedule II controlled substance, and did aid, abet, counsel, command, induce and procure same.

     All in violation of Title 21, United States Code, Section 841(a)(1); Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

<u>COUNT II</u>

From on or about the beginning of May 2010 up to and including June 8, 2011, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants,

GARY STACKFIELD,
KEVIN PEARSON,
JUSTIN THOMPSON,
AUNYE STACKFIELD,
DEMARAO GUMBY,
WALTER JAMES FICKES,
JOHN MOWERY,
ROY SINGER,
ROBERT WESLEY GREEN,
BERNADETTE GREEN,
ARNOLD ASHWELL,
KOREY WOOTEN,
HEATHER MIDDLETON,
JOHN ZAENGLE,
NICK VRATARIC,
CHARLES GREEN,
JOSEPH MOWERY,
DANIEL HOCKER,
STARLENE MIDDLETON, and
MICHAEL KONETSCO,

did intentionally and knowingly use a communication facility in committing and in causing and facilitating the commission of any act and acts constituting a felony drug offense, that is, the unlawful distribution and possession with the intent to distribute cocaine HCL and criminal conspiracy to do the same.

All in violation of Title 21, United States Code, Section 843(b); Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

## COUNT III

The grand jury hereby incorporates Count I and II of this Indictment as some but not all of the overt acts committed in furtherance of the conspiracy charged in this Count of the Indictment.

From on or about the beginning of May 2010 up to and including June 8, 2011, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants,

GARY STACKFIELD,
KEVIN PEARSON,
JUSTIN THOMPSON,
AUNYE STACKFIELD,
DEMARAO GUMBY,
WALTER JAMES FICKES,
JOHN MOWERY,
ROY SINGER,
ROBERT WESLEY GREEN,
BERNADETTE GREEN,
ARNOLD ASHWELL,
KOREY WOOTEN,
HEATHER MIDDLETON,
JOHN ZAENGLE,
NICK VRATARIC,
CHARLES GREEN,
JOSEPH MOWERY,
DANIEL HOCKER,
STARLENE MIDDLETON, and
MICHAEL KONETSCO,

did intentionally and knowingly unlawfully combine, conspire, confederate and agree with each other, and with persons both known and unknown to the grand jury, to manufacture, distribute and possess with the intent to manufacture and distribute at

least 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride (HCL), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

_____
PETER J. SMITH
UNITED STATES ATTORNEY