IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  Criminal No. 1:11-CR-00198-18

v.

DANIEL HOCKER

PLEA

FILED
HARRISBURG
JUN 1 3 2011
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

AND NOW, this 13th day of June_____, the within named defendant, hereby enters a plea of Not Guilty_____ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)